IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VERNON HILL,**<br>            **Plainitff**<br><br>         **v.**<br><br>**L.T. KNAPP, et al.,**<br>            **Defendants** | **CIVIL ACTION NO.   11-7329** |

## O R D E R

**AND NOW,** this 17th day of June, 2014, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that defendant's Motion for Summary Judgment is GRANTEED and the Complaint is **DISMISSED**.

The Clerk shall close this case.

                                        **BY THE COURT:**

                                        **/s/ Michael M. Bayslon**

                                        **Michael M. Baylson, U.S.D.J.**

O:\CIVIL 11\11-7329 HILL V. KNAPP\11CV7329.0617.14.ORDER.DOCX